Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NATHAN FINEMAN,<br><br>Defendant. | Case No. 2:16-cv-03488<br><br>**PLAINTIFFS' NOTICE OF INTERESTED PARTIES** |

  In accordance with Federal Rule of Civil Procedure 7.1 and L.R. 7.1-1, the undersigned, counsel of record for Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

  1. Plaintiff DISH Network L.L.C. is a Colorado limited liability company with its principal place of business located at 9601 South Meridian Blvd., Englewood, Colorado 80112. Plaintiff DISH Network L.L.C.'s sole member is DISH DBS Corporation, which is wholly owned by DISH Orbital Corporation. DISH Orbital Corporation is wholly owned by DISH Network Corporation, which is

1

1  publicly owned and traded on the NASDAQ national market under the symbol "DISH."

2. Plaintiff EchoStar Technologies L.L.C. is a Texas limited liability company with its principal place of business located at 90 Inverness Circle East, Englewood, Colorado 80112. Plaintiff EchoStar Technologies L.L.C.'s sole member is EchoStar Corporation. EchoStar Corporation is publicly owned and traded on the NASDAQ national market under the symbol "SATS."

3. Plaintiff NagraStar LLC is a Colorado limited liability company with its principal place of business located at 90 Inverness Circle East, Englewood, Colorado 80112. Plaintiff NagraStar LLC's members are EchoStar Corporation, identified above, and Nagra USA, Inc. Nagra USA, Inc. is wholly owned by Kudelski SA, a Swiss company listed on the SIX Swiss Exchange under the symbol "KUD."

Dated: May 19, 2016

Respectfully submitted,

By: /s/ Timothy M. Frank
Timothy M. Frank (California Bar No. 263245)
timothy.frank@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorney for Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC

2