Nathan Fineman
324 Obispo Ave Apt. 7
Long Beach, CA 90814
(562)243-1178
Defendant in Pro Per



FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

DISH NETWORK L.L.C. et al.,

    Plaintiffs,

v.

NATHAN FINEMAN,

    Defendant.

Case No. 2:16-cv-03488-R-GJS

**RESPONSES AND OBJECTIONS TO INTERROGATORIES**

(F.R.C.P. 33)

PROPOUNDING PARTY: PLANTIFFS DISH NETWORK L.L.C. et al.

RESPONDING PARTY: DEFENDANT NATHAN FINEMAN

SET NO: ONE(1)

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Nathan Fineman, Hereby submits the following responses and objections to PlaintiffS DISH Network L.L.C. et al's Requests for Interrogatories:

# RESPONSES TO INTEROGATORIES

1. Identify your contact information during the time period January 1, 2012 to present, including each street address, email address, and telephone number that you have used or held out as your own during that time period.

**Response to Interogatory No 1**
Nathan Fineman, Technically Classified as Homeless, and couch surfing, at various friends, relatives, with 324 Obispo Ave. Apt 7, Long Beach, CA 90814 being my primary mailing address. Was on Welfare till 2014, when I began working for Long Beach Unified School District as a College Technical Aide.

2. Identify each person with whom you shared a household during the time period of January 1, 2012 to present, specifying each person's name, last known street address, email address, and telephone number, and your relationship to that person.

**Response to Interogatory No 2**
Objection; Interrogatory seeks information, not reasonably calculated to lead to the discovery of relevant or admissible information, and is way too broad considering the timespan and the fact that I didn't even have a TV or a place to keep anything of value in, until 2014

3.     With regard to the $25.00 payment that you sent on June 3, 2012 using the 95epay service, identify your reason for making this payment, any goods or services that you received in return for this payment, what you did with the goods or services that you received in return for this payment, and the name and last known contact information of the person or entity to whom the payment was sent, including street address, email address, and telephone number.

**Response to Interrogatory No 3**

Objection; NO $25.00 payment was EVER made from me through 95epay, and the Plaintiff's currently proposed "evidence" of this, will support that, as long as the justice system is fair and NON-BIAS, and takes the time to verify the real truth, hence, therefore LACK of Proof on the Plaintiff's SIDE.

4.     With regard to the $49.99 payment sent to Coolsatellite.com on May 27, 2011 using your PayPal account, identify your reason for making this payment, any goods or services that you received in return for this payment, and what you did with the goods or services that you received in return for this payment.

**Response to Interrogatory No 4**

Objection; considering that this was over 5 years ago, the interrogatory request is not reasonably calculated to lead to the discovery of relevant information.

5.     With regard to the $200.00 payment sent to Shop4FTA.com on January 1, 2009 using your PayPal account, identify your reason for making this payment, any goods or services that you received in return for this payment, and what you did with the goods or services that you received in return for this payment.

**Response to Interrogatory No 5**
Objection; The interrogatory is based on over 8 years ago, and it's improper subparts are worded as a request for production, and respondent would have to speculate if required to provide an answer that is, at all relevant to the case.

6.     Identify each NFPS subscription or code that you acquired at any time, specifying the date that you acquired the subscription or code, the manner by which you paid for the subscription or code, the means by which the subscription or code was sent to you, and the name and last known contact information, including street address, email address, and telephone number, of each person or entity that you made payment to, or from whom you received a subscription or code.

**Response to Interrogatory No 6**
Objection; The interrogatory is overbroad and contains improper subparts, that leads into the fallacy that I would know this completely unknown information.

7.     Identify each occurrence in which you used or attempted to use NFPS, specifying the date and time, whether or not you received television programming, and the name of the program or channel that you received or attempted to receive.

**Response to Interrogatory No 7**
I do not recall ever using NFPS, therefore and think that this is just a made up entity.

8. Describe the procedure, step-by-step, by which you used or attempted to use NFPS, specifying each piece of equipment, whether hardware or software, that was involved.

**Response to Interrogatory No 8**

Objection; The interrogatory contains many improper subparts that are not in any way relevant to the main 3 Criminal Accusations set forth in the initial claim.

9. Describe any service similar to NFPS that you have subscribed to, used, attempted to use, or paid for in the past, specifying the name of the service, the dates that you used or had access to the service, and if you stopped using the service, your reason for doing so.

**Response to Interrogatory No 9**

Even though I have not knowingly subscribed to any NFPS service, If I had to describe what I thought was similar to NFPS, and based only on my current FORCED research of it, not on my use of or receipt anything whatsoever, I would have to say that it gives the impression that it is similar to Comcast, Direct TV, Prime Star, Sling TV, and even DISH Network. As far as dates and times, I haven't knowingly used or even received any of these services, aside from DISH Network itself, when I have been couch surfing at my dad's or aunt's house.

10. Identify all website forums in which you participated at any time from June 1, 2009 to present, specifying each username or moniker you used in connection with each website forum, the dates you used each username or moniker, and whether anyone other than yourself used the username or moniker.

**Response to Interrogatory No 10**
Objection; the request is improperly worded as a Request for Production and/or a Request for Admission.

11. Identify, by brand, model, and approximate cost, each item of Receiving Equipment that you purchased, possessed, or which was located in your household, during the time period January 1, 2009 to present.

**Response to Interrogatory No 11**
The interrogatory is so broad and ambiguous that the respondent would have to speculate if required to provide an answer, and it also has improper subparts with a broad time range of more than 8 years back.

12. If you contend that an NFPS subscription served a purpose other than allowing access to NFPS, explain the purpose of the NFPS subscription and for what that subscription was used.

**Response to Interrogatory No 12**
I said right from the beginning, of this FRIVOLOUS Lawsuit, that I knew nothing about this NFPS thing until Plaintiff's wrongful accusations regarding something I knew nothing about. However, I did research and look at the Plaintiff's exibit of this and don't see anything about NFPS Services, that imply if you did use it, you would be stealing from or using DISH Network illegally.

13. Identify your current net worth, including a description of each asset and liability, the acquisition cost and fair market value of each asset, and the name and last known street address, email address, and telephone number of each person to which each liability is owed.

**Response to Interrogatory No 13**
Objection; The interrogatory seeks confidential information, which may constitute an unwarranted invasion of privacy, and is irrelevant to the original lawsuit claims.

14. If you contend that any other person is liable in any way for the claims asserted against you in this case, identify that person's name and last known street, address, email address, and telephone number, and all facts that lead you to believe that person is responsible.

**Response to Interrogatory No 14**
Timothy M Frank

15. If you contend that you have been the victim of Identity Theft, describe each instance of Identity Theft by specifying the manner in which your account or personal information was used without authorization, the date and time, the name and last known street address, email address, and telephone number of each person or entity (including financial institutions, credit agencies, and law enforcement offices) to whom you reported the Identity Theft, and all facts regarding the person found or believed to be responsible for the Identity Theft.

**Response to Interrogatory No 15**

Objection; The interrogatory is unduly burdensome, with facets that have no relevance to prove or disprove illegal action at all on my part. There are too many instances to remember all, or pinpoint dates, considering the time frame you are requesting. But the majority of them involved unauthorized charges to my bank, and from my credit cards, etc., and the Paypal account that I haven't had any access to since being hacked and closed since 2010.

I declare under penalty of perjury that the foregoing responses are true and correct.

Respectfully submitted,

Nathan Fineman

Defendant in Pro Per

*[signature]* 2/25/2017