Nathan Fineman
324 Obispo Ave Apt. 7
Long Beach, CA 90814
(562)243-1178
Defendant in Pro Per



FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2017
CENTRAL DISTRICT OF CALIFORNIA
BY __OC__ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

DISH NETWORK L.L.C. et al.,

    Plaintiffs,

v.

NATHAN FINEMAN,

    Defendant.

Case No. 2:16-cv-03488-R-GJS

**RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION (F.R.C.P.34(a))**

PROPOUNDING PARTY: PLANTIFFS DISH NETWORK L.L.C. et al.

RESPONDING PARTY: DEFENDANT NATHAN FINEMAN

SET NO: ONE(1)

Pursuant to Rule 34(a) of the Federal Rules of Civil Procedure, Defendant Nathan Fineman, Hereby submits the following responses and objections to Plaintiff DISH Network L.L.C. et al's Requests for Production

[Pleading title summary] - 1

# RESPONSES TO REQUESTS FOR PRODUCTION

1. **All documents sent to or received from** iksprivateserver@hotmail.com **or** nfusionprivateserver@hotmail.com.

**Response to Plaintiff's RFP 1**

I have no recollection at all, of these. Therefore this request seeks information that I know nothing of.

2. **All documents concerning NFPS subscriptions or codes.**

**Response to Plaintiff's RFP 2**

I personally don't recall any subscriptions to NFPS, and had never heard of it until Plaintiff stated it to me in this Malicious Lawsuit that is expecting me to recall up to 8 years ago, when I was not working, just going to school and on Welfare to live too.

3. **Documents sufficient to identify each supplier or source from which you acquired an NFPS subscription or code.**

**Response to Plaintiff's RFP 3**

I have absolutely NO memory of or documents for this, myself to produce, only the Plaintiff's documents that they have presented in this case, which I personally believe have been merely FABRICATED by Timothy M Frank, Council for Plaintiff. This will be proven, if I am given a fair and non-bias trial by jury.

4. Documents sufficient to identify each payment that you made to each supplier or source from which you acquired an NFPS subscription or code.

**Response to Plaintiff's RFP 4**

Again, I personally have and know of NONE.

5. All documents, including emails, that you exchanged with each supplier or source from which you acquired an NFPS subscription or code.

**Response to Plaintiff's RFP 5**

Objection; The request is not reasonably calculated to lead to the discovery of relevant issues regarding the original, claim of violations that I am not in any way guilty of.

6. All receipts, invoices, financial account statements, or other documents concerning your acquisition of an NFPS subscription or code.

**Response to Plaintiff's RFP 6**

I have none, to my knowledge.

7. Documents sufficient to identify the total number of NFPS subscriptions or codes that you acquired.

**Response to Plaintiff's RFP 7**

Objection; This request is not reasonably calculated to lead to the discovery of relevant or admissible information.

8.      Produce for inspection each type of NFPS subscription or code that you acquired.

**Response to Plaintiff's RFP 8**
Objection; This request is not reasonably calculated to lead to the discovery of relevant or admissible information

        9.      All documents concerning Receiving Equipment.

**Response to Plaintiff's RFP 9**
Objection; This request is not reasonably calculated to lead to the discovery of relevant or admissible information.

        10.     Documents sufficient to identify each supplier or source from which you acquired Receiving Equipment.

**Response to Plaintiff's RFP 10**
Objection; This request is not reasonably calculated to lead to the discovery of relevant or admissible information.

        11.     Documents sufficient to identify each payment that you made to each supplier or source from which you acquired Receiving Equipment.

**Response to Plaintiff's RFP 11**
Objection; This request is not reasonably calculated to lead to the discovery of relevant or admissible information.

12. All documents, including emails, that you exchanged with each supplier or source from which you acquired Receiving Equipment.

**Response to Plaintiff's RFP 12**
Pursuant to the timeframe 2009 to present, and the amount of times I've been ripped off, by identity thieves, and hackers, I don't have any records left.

13. All receipts, invoices, financial account statements, or other documents concerning your acquisition of Receiving Equipment.

**Response to Plaintiff's RFP 13**
Objection; the request is overbroad.

14. Produce for inspection each type of Receiving Equipment that is in your possession, custody, or control.

**Response to Plaintiff's RFP 14**
NONE to my knowledge.

15. All documents concerning the acts of receiving, viewing, or decrypting DISH Network programming without authorization, regardless of whether the efforts were successful or unsuccessful.

**Response to Plaintiff's RFP 15**
None to my knowledge.

16. Your user profile, posts, and private messages for each website forum where television products or services have been discussed.

**Response to Plaintiff's RFP 16**

Objection; the request is overbroad.

17. Documents sufficient to identify each context in which you have used the username or moniker "nfineman" during the time period June 1, 2009 to present.

**Response to Plaintiff's RFP 17**

Objection; Ridiculously overbroad, and does not in any way pertain to ANY of Plaintiff's original complaint violations.

18. Documents sufficient to identify each payment that you made using the 95epay service between January 1, 2012 and December 31, 2012, including account statements or any transaction history records.

**Response to Plaintiff's RFP 18**

These documents have already been filed with case.

19. All documents concerning Identity Theft that occurred in the time period of January 1, 2009 to present, including any correspondence sent to or received from financial institutions, credit agencies, or law enforcement.

**Response to Plaintiff's RFP 19**

This request is extremely overbroad, and burdensome, due to the massive extent of this timeframe in question, and the lack of proper service of these papers, I would need

much more time than the 72 hours I was afforded, after being able to see this Plaintiff's Request for Production.

20. All documents reviewed or relied upon in identifying your net worth in response to Interrogatory No.

**Response to Plaintiff's RFP 20**

Objection; Not applicable See original Response to original complaint. My debt exceeds my assets.

21. Your federal income tax returns for 2013, 2014, and 2015. Dated: August 25, 2016.

**Response to Plaintiff's RFP 21**

Objection; This request is not reasonably calculated to lead to the discovery of relevant or admissible information.

I declare under penalty of perjury that the foregoing responses are true and correct.

Respectfully submitted,

Nathan Fineman

Defendant in Pro Per

*[signature]* 2/25/2017