Name: Nathan Fineman
Address: 324 Obispo Ave #7
Long Beach, CA
Phone: (562) 243-1178
Fax:

In Pro Per

FILED
2017 FEB 27 PM 4:15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DISH Network L.L.C. et al

Plaintiff

v.

Nathan Fineman

Defendant(s).

CASE NUMBER: 2:16-CV-03488 R(GJS)

Declaration Be Allowed Time to Present TRUTH and be heard Declaration for Consideration and Fair Non-Bias Trial by Jury as Requested originally

Declaration:

As stated in Begining, I Nathan Fineman, Defendant in Pro Per, have not knowingly done anything illegal here, but am being wrongfully accused of this. Shopping is NOT a crime and even the Council's exibit samples do not imply that you are getting anything illegal or taking anything from DISH Network.

As far as my alleged non-compliance with the Plaintiff, this is completely untrue and Council for Plaintiff Timothy M. Frank is using Slap tactics and hasn't been sending their movements in this case to me like they were supposed to,

CV-127 (09/09) PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Therefore, Nathan was Never given the proper time frame to answer or respond correctly to those things that were filed by him through email, which consequently left only 3 days for Nathan Defendant to read and respond to, when Defendant should have been afforded 30 days from Friday the 25th of Feb to respond to and know about the Summary Judgement request that strikes Nathan's testimony and bases it only on the LIE, that Timothy M Frank has set up and tricked Nathan into not seeing what was really being filed and said.

This lawsuit is nothing but malicious prosecution with the Plaintiff's Council trying to get away with not allowing me a fair trial by Jury as requested in begining.

Their so-called evidence does not prove that initial claims of violations 1, 2, and 3 were at all violated by Nathan Fineman and their claims also include fabricated and fraudulent statements, that have no relevance to the truth whatso-ever.

Please reconsider all evidence before rendering any Summary judgement, and allow Nathan to have the proper amount of time to rightfully defend himself from this set up.

I hereby Declare That under Penalty of Perjury The Foregoing Statements are true and correct.

Nathan Fineman

*signature* 2/25/2017

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DISH Network L.L.C. et al__
was received by me on *(date)* _____ .

☒ personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Mailed it to the Plaintiff's Council - Timothy M. Frank

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: 2/24/17

_____
Server's signature

Rhanda Fineman
Printed name and title

324 Obispo Ave #7 Long Beach, CA 90814
Server's address

Additional information regarding attempted service, etc: