**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C. et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATHAN FINEMAN, <br><br> Defendant. | Case No. 2:16-cv-03488-R-GJS <br><br> **FINAL JUDGMENT AND PERMANENT INJUNCTION** |

  The Court granted the Motion for Summary Judgment filed by Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC (collectively, "Plaintiffs") on March 22, 2017. (Dkt. 41.) Accordingly, the Court hereby orders as follows:

  1. Judgment is entered in favor of Plaintiffs on Count III of the complaint which alleges violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520(a) ("ECPA").

  2. Defendant shall pay damages in the amount of $10,000 to Plaintiffs, as authorized by 18 U.S.C. § 2520(c)(2).

3. Pursuant to 18 U.S.C. § 2520(b)(1), Defendant, and any person acting in active concert or participation with Defendant that receives actual notice of this judgment, is hereby permanently enjoined from circumventing or assisting others to circumvent Plaintiffs' security system, or otherwise intercepting or assisting others to intercept Plaintiffs' satellite signal.

4. This permanent injunction takes effect immediately.

5. The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

Dated: May 11, 2017

Hon. Manuel Real
United States District Judge

.